Royal F. Oakes (080480)
James C. Castle (228095)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
E-mail: roakes@barwol.com
        jcastle@barwol.com

Attorneys for Plaintiff-in-Interpleader
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>RACHEL BILLINI; MONIQUE DIAZ; NICOLE DIAZ; PABLO DIAZ; REGINA DIAZ; TIARA DIAZ; and DOES 1 through 10, inclusive,<br><br>    Claimants-in-Interpleader. | CASE NO.: 06-CV-02918 WBS(KJM)<br><br>STIPULATION OF PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY AND CLAIMANTS MONIQUE DIAZ; NICOLE DIAZ; PABLO DIAZ; REGINA DIAZ; AND TIARA DIAZ TO EXTEND THE TIME IN WHICH TO FILE RESPONSIVE PLEADINGS; AND [PROPOSED] ORDER THEREON<br><br>Complaint Filed: December 27, 2006 |

g:\docs\shu\dshu2\inbox\signed\06cv2918 metro life stip extending ti for defts to respond.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff-in-Interpleader Metropolitan Life Insurance Company ("METLIFE") and Claimants-in-Interpleader Pablo Diaz, Tiara Diaz, Regina Diaz, Nicole Diaz, and Monique Diaz (collectively, the "DECEDENT'S CHILDREN") hereby stipulate to extend the time within which DECEDENT'S CHILDREN may answer or otherwise respond to the Complaint filed by Plaintiff on December 27, 2006.

Specifically, DECEDENT'S CHILDREN shall have an additional thirty (30) days from the response date in which to answer or otherwise respond, such that a pleading filed on or before March 29, 2007 shall be deemed timely. Good cause exists for this extension because DECEDENT'S CHILDREN have not yet retained counsel, and additional time is needed to formulate their interim litigation strategy and to prepare their actual responsive pleadings.

Dated: February 26, 2007        BARGER & WOLEN LLP

By: /s/
JAMES C. CASTLE
Attorneys for Plaintiff-in-Interpleader Metropolitan Life Insurance Company

Dated: February 26, 2007

By: /s/
PABLO DIAZ
Pro Per

Dated: February 26, 2007

By: /s/
MONIQUE DIAZ
Pro Per

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: February __26__, 2007

3 |                                         By:  /s/
4 |                                              REGINA DIAZ
  |                                              Pro Per

5 | Dated: February 26, 2007

7 |                                         By:  /s/
8 |                                              TIARA DIAZ
  |                                              Pro Per

9 | Dated: February __26__, 2007

11 |                                        By:  /s/
12 |                                             NICOLE DIAZ
   |                                             Pro Per

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Pursuant to the foregoing stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Claimants-in-Interpleader Pablo Diaz, Tiara Diaz, Regina Diaz, Nicole Diaz, and Monique Diaz shall have an additional thirty (30) days from the response date in which to answer or otherwise respond, such that a pleading filed on or before March 29, 2007 shall be deemed timely.

IT IS SO ORDERED.

DATED: February 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-

PDF created with pdfFactory trial version www.pdffactory.com